7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Michele Lee Dixon
*Debtor*

*Bankruptcy Case No.*
11−62068−abf7

**Michele Lee Dixon**
    Plaintiff(s)

*Adversary Case No.*
14−06015−abf

v.

**Sallie Mae, Inc.**
**Xerox Education Services, LLC**
**EduCap, Inc.**
**MOHELA**
**U.S. Department of Education**
**Nelnet**
**SunTrust Bank**
**National Collegiate Trust**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is hereby entered in favor of Defendant Southern Arc Trust in accordance with the Agreed Order Resolving Adversary Complaint between the Plaintiff and Southern Arc Trust, Doc.#73, entered by the court on 7/28/2015.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 7/28/15

Court to serve