7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Michele Lee Dixon
*Debtor*

**Michele Lee Dixon**
    Plaintiff(s)

v.

**Sallie Mae, Inc.**
**Xerox Education Services, LLC**
**EduCap, Inc.**
**MOHELA**
**U.S. Department of Education**
**Nelnet**
**SunTrust Bank**
**National Collegiate Trust**
    Defendant(s)

*Bankruptcy Case No.*
11–62068–abf7

*Adversary Case No.*
14–06015–abf

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment is hereby entered in favor of Defendant, Greystone Strategic Asset Management Corp., and against Plaintiff, Michelle Lee Dixon in the amount of $3,375, without interest, in accordance with the Agreed Judgment Order, Doc. No. 69, entered by the court on 5/18/2015.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 7/28/15

Court to serve