7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Michele Lee Dixon
*Debtor*

*Bankruptcy Case No.*
11−62068−abf7

**Michele Lee Dixon**
    Plaintiff(s)

*Adversary Case No.*
14−06015−abf

v.

**Sallie Mae, Inc.**
**Xerox Education Services, LLC**
**EduCap, Inc.**
**MOHELA**
**U.S. Department of Education**
**Nelnet**
**SunTrust Bank**
**National Collegiate Trust**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment is hereby entered in favor of Defendant United States of America, on behalf of its agency, the United States Department of Education, and against Plaintiff, Michele Lee Dixon, in accordance with the Stipulation, Agreed Judgment and Order, Doc. No. 66, entered by the court on 4/15/2015.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 7/28/15

Court to serve