7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Michele Lee Dixon
*Debtor*

*Bankruptcy Case No.*
11−62068−abf7

**Michele Lee Dixon**
  Plaintiff(s)

*Adversary Case No.*
14−06015−abf

v.

**Sallie Mae, Inc.**
**Xerox Education Services, LLC**
**EduCap, Inc.**
**MOHELA**
**U.S. Department of Education**
**Nelnet**
**SunTrust Bank**
**National Collegiate Trust**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment is hereby entered against the Plaintiff and in favor of Defendant, EduCap, Inc., a/k/a Loan to Learn in the amount of $6,000.00, in accordance with the Agreed Judgment Order, Doc. No. 60, entered by the court on 03/03/2015.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
  Deputy Clerk



Date of issuance: 7/28/15

Court to serve