7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Michele Lee Dixon
*Debtor*

*Bankruptcy Case No.*
11−62068−abf7

**Michele Lee Dixon**
    Plaintiff(s)

*Adversary Case No.*
14−06015−abf

v.

**Sallie Mae, Inc.**
**Xerox Education Services, LLC**
**EduCap, Inc.**
**MOHELA**
**U.S. Department of Education**
**Nelnet**
**SunTrust Bank**
**National Collegiate Trust**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is hereby entered against the Plaintiff, Michele Lee Dixon, and in favor of Defendant, The Higher Educational Loan Authority of the State of Missouri("MOHELA"), in accordance with the Agreed Judgment and Order, Doc. No. 57, entered by the court on 02/10/2015.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 7/28/15

Court to serve