7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Michele Lee Dixon
*Debtor*

*Bankruptcy Case No.*
11−62068−abf7

**Michele Lee Dixon**
    Plaintiff(s)

*Adversary Case No.*
14−06015−abf

v.

**Sallie Mae, Inc.**
**Xerox Education Services, LLC**
**EduCap, Inc.**
**MOHELA**
**U.S. Department of Education**
**Nelnet**
**SunTrust Bank**
**National Collegiate Trust**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment is hereby entered against Plaintiff, Michele Lee Dixon, and in favor of Defendant, Navient Solutions, Inc. f/k/a Sallie Mae, Inc., in accordance with the Stipulation for Settlement of Educational Loan Debt,(Doc. No. 51), and the Judgment And Order,(Doc. No. 52), entered by the court on 12/18/2014.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 7/28/15

Court to serve